UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

    Plaintiff,

    v.

PIERCE COUNTY SHERIFF'S DEPARTMENT, *et al.*,

    Defendants.

Case No. C07-5152RJB/KLS

ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. On May 14, 2007, Plaintiff was ordered to show cause on or before May 31, 2007 why his complaint should not be dismissed for failure to state a claim. (Dkt. # 6).

    Before the Court is Plaintiff's motion seeking an extension of time until June 26, 2007, to file an amended complaint. (Dkt. # 8). Plaintiff bases his request on his recent move to the Monroe Corrections Center and the shipment of his legal materials to his new location. The Court finds Plaintiff's request for a continuance should be granted.

ORDER - 1

1    Accordingly, the Clerk of the Court is instructed to re-note Plaintiff's deadline for compliance
2    with the Court's Order to Show Cause (Dkt. # 6) until **June 29, 2007.**

4    DATED this 21st day of June, 2007.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

26    ORDER - 2