UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY SHERIFF'S<br>DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | Case No. C07-5152RJB/KLS<br><br>SECOND ORDER EXTENDING<br>TIME FOR PLAINTIFF'S RESPONSE<br>TO ORDER TO SHOW CAUSE |

　　　　This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  On May 14, 2007, Plaintiff was ordered to show cause on or before May 31, 2007 why his complaint should not be dismissed for failure to state a claim.  (Dkt. # 6).

　　　　Before the Court is Plaintiff's motion seeking a second extension of time until September 28, 2007, to file an amended complaint.  (Dkt. # 12).  Plaintiff bases this request on the absence of his legal documents, access to the law library, and pending grievances (regarding lost copy work and legal documents).  The Court finds Plaintiff's request for a continuance should be granted.

ORDER - 1

1   Accordingly, the Clerk of the Court is instructed to re-note Plaintiff's deadline for compliance
2   with the Court's Order to Show Cause (Dkt. # 6) until **September 28, 2007.**

4   DATED this 27th day of July, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2